### 45721. UNITED STATES FIDELITY & GUARANTY INSURANCE COMPANY et al. v. SUTTON.

EBERHARDT, Judge. A careful review of the entire record in this case indicates that, while the award of compensation based

upon a change in condition was not demanded, there is some evidence to authorize it. The judgment is therefore affirmed.

*Judgment affirmed. Jordan, P. J., and Pannell, J., concur.*
ARGUED OCTOBER 6, 1970—DECIDED OCTOBER 14, 1970.

*Richard W. Best,* for appellants.
*Wall & Campbell, Alford Wall,* for appellee.